UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| SANTIAGO FELIPE FELIPE, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-cv-00026-LEW |
| | ) | |
| DERRICK STAMPER, et al., | ) | |
| | ) | |
| Respondents | ) | |

JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker on January 20, 2026;

The Petition for Writ of Habeas Corpus is granted.

Dated this 21st day of January, 2026.

ERIC M. STORMS
ACTING CLERK

By: /s/ Stacey Graf
Deputy Clerk